# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B | U.S. Court of Appeals, 4th Cir | 05/08/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Virginia Street, East Suite 7602 Charleston, WV 25301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ███████████ Education Trust, United Bank (corporate Trustee) |
| 2. Member, Board of Directors | West Virginia University Alumni Association |
| 3. Vice Chairman, Board of Directors | WVU College of Law Alumni Association |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | Real Estate Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TimeWarner Inc. (com) | B | Dividend | M | T | Part sold | 01/14 | K | | |
| 2. Cisco Systems Inc. (com) | | None | K | T | Part sold | 11/18 | L | B | |
| 3. | | | | | Part sold | 12/21 | K | A | |
| 4. Dell Computer Corp. (com) | | None | K | T | Buy | 11/18 | J | | |
| 5. Proctor & Gamble Co. (com) (formerly Gillette Co. (com)) | A | Dividend | L | T | | | | | |
| 6. Intel Corp. (com) | A | Dividend | M | T | Buy | 1/14 | K | | |
| 7. | | | | | Part sold | 11/18 | K | D | |
| 8. Microsoft Corp. (com) | A | Dividend | M | T | Buy | 1/14 | K | | |
| 9. RF Micro Devices Inc. (com) | | None | K | T | | | | | |
| 10. Sun Micro Systems Inc. (com) | | None | K | T | | | | | |
| 11. Wells Fargo & Co. (com) | B | Dividend | M | T | | | | | |
| 12. Yahoo Inc. (com) | | None | K | T | Part sold | 1/14 | J | C | |
| 13. | | | | | Buy | 11/18 | K | | |
| 14. Morgan Stanley Dean Witter & Co. (com) | C | Dividend | M | T | | | | | |
| 15. Starbucks (com) | | None | K | T | | | | | |
| 16. Legg Mason Special Investment Trust | C | Distribution | K | T | Buy | 12/05 | K | | |
| 17. Legg Mason Value Trust | | None | K | T | Buy | 12/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Legg Mason Growth Trust | A | Distribution | K | T | Buy | 12/05 | K | | |
| 19. TimeWarner Inc. (com) | A | Dividend | J | T | | | | | |
| 20. Cisco Systems Inc. (com) | | None | J | T | | | | | |
| 21. Dell Computer Corp. (com) | | None | J | T | | | | | |
| 22. E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 23. Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |
| 24. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 25. Oil and Gas Interests, Tyler and other counties, WV: | | | | | | | | | |
| 26. a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 27. b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 28. c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 29. ▉▉▉▉▉▉▉ Education Trust (as follows): | B | Dividend | L | T | | | | | See Note 1 in Part VIII |
| 30. | | Interest | | | | | | | |
| 31. - Note from Beneficiary dated 1/1/99 | | | | | | | | | |
| 32. - Note from Beneficiary dated 6/6/00 | | | | | | | | | |
| 33. - Federated Prime Obligations Inst. Srv. Shs. Fund #396 | | | | | | | | | |
| 34. - Federated Limited Duration Govt. Fund #318 | | | | | Sold | 01/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Federated Total Return Bond Fund #288 | | | | | Buy | 01/21 | J | | |
| 36. | | | | | Buy | 07/26 | J | | |
| 37. - Federated Mortgage Fund #837 | | | | | Part sold | 01/21 | J | A | |
| 38. | | | | | Sold | 07/26 | J | | |
| 39. - Federated Total Return Govt. Bond Fund #648 | | | | | Sold | 01/21 | J | A | |
| 40. - Pimco All Asset Fund Adm. Shs. #588 | | | | | Buy | 01/21 | J | | |
| 41. | | | | | Buy | 07/26 | J | | |
| 42. - Federated Kaufmann Small Cap. Fund #757 | | | | | Part sold | 01/21 | J | A | |
| 43. | | | | | Part sold | 07/26 | J | A | |
| 44. - Federated Kaufmann Fund - CLA Fd. #066 | | | | | Part sold | 01/21 | J | A | |
| 45. | | | | | Part sold | 07/26 | J | A | |
| 46. - Federated Cap. Appreciation Fund A #674 | | | | | Part sold | 01/21 | J | A | |
| 47. | | | | | Part sold | 07/26 | J | A | |
| 48. - Federated Market Opportunities CLA #257 | | | | | Buy | 01/21 | J | | |
| 49. | | | | | Buy | 07/26 | J | | |
| 50. - Goldman Sachs Large Cap. Value Fund CLA #1213 | | | | | Part sold | 01/21 | J | A | |
| 51. | | | | | Part sold | 07/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Pimco PEA Renaissance Fund #433 | | | | | Sold | 01/21 | J | A | |
| 53. - Allianz PEA Renaissance Admin. CL #433 | | | | | Sold | 07/26 | J | A | See Note 2 in Part VIII |
| 54. - Federated Intermediate Govt. Fund #318 | | | | | Sold | 07/26 | J | | See Note 3 in Part VIII |
| 55. - Goldman Sachs Capital Growth Fund #807 | | | | | Buy | 01/21 | J | | |
| 56. | | | | | Part sold | 07/26 | J | A | |
| 57. - Federated Strategic Value Fund CLA #661 | | | | | Buy | 07/26 | J | | |
| 58. - Fidelity Advisor Leveraged Fund CLA | | | | | Buy | 07/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: This Trust is reported under the special rules for an "Aggregate Ownership Arrangement."

Note 2: This Trust asset, which was inadvertently omitted from Judge King's 2004 Financial Disclosure Report, had been purchased on July 22, 2004 (Value Code J).

Note 3: This Trust asset, which was inadvertently omitted from Judge King's 2004 Financial Disclosure Report, had been purchased on May 5, 2004 (Value Code J).

.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Date May 8, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544